IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KASHIF M. ROBERTSON,** | : | **CIVIL NO. 1:11-CV-00713** |
| Petitioner, | : | |
| | : | **(Judge Kane)** |
| v. | : | |
| | : | |
| **BRIAN THOMPSON, et al.,** | : | |
| Respondents | : | |

## ORDER

**NOW, THEREFORE, THIS 29th DAY OF JANUARY, 2015,** upon consideration of the petition for writ of habeas corpus (Doc. No. 1) and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1) The petition for writ of habeas corpus (Doc. No. 1) is **DENIED**.

2) The Clerk of Court is directed to **CLOSE** this case.

3) There is no basis for issuing a certificate of appealability. See 28 U.S.C. § 2253(c).

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania